NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BRAGEL INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

v.

**STYLES FOR LESS, INC.,**
*Defendant-Appellant*

**PPI APPAREL GROUP, INC.,**
*Defendant*

_____

2017-1328

_____

Appeal from the United States District Court for the Central District of California in No. 8:15-cv-01756-R-FFM, Judge Manuel L. Real.

-------------------------------------------------------------------------------

**BRAGEL INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

v.

**CHARLOTTE RUSSE, INC.,**
*Defendant-Appellant*

**PPI APPAREL GROUP, INC.,**
*Defendant*

―――――――――――――――

2017-1343

―――――――――――――――

Appeal from the United States District Court for the Central District of California in No. 2:15-cv-08364-R-FFM, Judge Manuel L. Real.

―――――――――――――――

**ON MOTION**

―――――――――――――――

**O R D E R**

Styles For Less, Inc. submits a motion for, *inter alia*, an order vacating and remanding the preliminary injunction issued by the United States District Court for the Central District of California on a motion filed by Bragel International, Inc. in 2017-1328. Charlotte Russe, Inc. also submits a motion for, *inter alia*, an order vacating and remanding the preliminary injunction issued by the district on a motion filed by Bragel in 2017-1343.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) Bragel is directed to file one response to both motions no later than December 15, 2016. Styles For Less and Charlotte Russe may file one reply no later than three days from the date of the response.

                                               FOR THE COURT

                                               /s/ Peter R. Marksteiner
                                               Peter R. Marksteiner
                                               Clerk of Court

s26